UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD D. ROBERTS, JR.<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>　　　　Defendant. | NO.  CV-08-0080-CI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Magistrate Judge Imbrogno filed a Report and Recommendation (Ct. Rec. 16) on March 26, 2009, recommending Defendant's Motion for Summary Judgment be granted and Plaintiff's Motion for Summary Judgment be denied. Objections to the Report and Recommendation were due on April 13, 2009. There being no objections to the Report and Recommendation, the Court **ADOPTS** the Report and Recommendation's analysis and conclusion.

Accordingly, **IT IS HEREBY ORDERED**:

1.   Defendant's Motion for Summary Judgment **(Ct. Rec. 12)** is **GRANTED**.

2.   Plaintiff's Motion for Summary Judgment **(Ct. Rec. 11)** is **DENIED**.

3.   **Judgment** shall be entered for Defendant.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

4.   This file shall be **CLOSED**.

**IT IS SO ORDERED.**   The District Court Executive shall forward copies of this Order to counsel for Plaintiff and Defendant.

**DATED** this ___16th___ day of April 2009.


                          S/ Edward F. Shea
                          EDWARD F. SHEA
                     United States District Judge

Q:\Civil\2008\0080.R&R.orderadopting.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION - 2